___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 12 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Jana James
_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Prometric LLC
_____

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 22-CV-2293-MJM

*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
             *(check one)*

**About These Forms**

1. **In General.** This and the other forms available from uscourts.gov websites illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jana James |
| Street Address | 200 Magnolia Blvd |
| City and County | Port Wentworth |
| State and Zip Code | Ga 31407 |
| Telephone Number | 404-263-3008 |
| E-mail Address | janajames15@gmail.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Prometric LLC |
| Job or Title (if known) | |
| Street Address | 1501 South Clinton St |
| City and County | Baltimore |
| State and Zip Code | MD 21224 |
| Telephone Number | 443-455-8000 |
| E-mail Address (if known) | allison.mulford@prometric.com |

Defendant No. 2

- Name _____
- Job or Title (if known) _____
- Street Address _____
- City and County _____
- State and Zip Code _____
- Telephone Number _____
- E-mail Address (if known) _____

Defendant No. 3

- Name _____
- Job or Title (if known) _____
- Street Address _____
- City and County _____
- State and Zip Code _____
- Telephone Number _____
- E-mail Address (if known) _____

Defendant No. 4

- Name _____
- Job or Title (if known) _____
- Street Address _____
- City and County _____
- State and Zip Code _____
- Telephone Number _____
- E-mail Address (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Americans with Disabilities Act, The Civil Rights Act
_____
_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* Prometric LLC_____, is incorporated under the laws of the State of *(name)* Delaware_____, and has its principal place of business in the State of *(name)* Maryland_____. *Or* is incorporated under the laws of *(foreign nation)* N/A_____, and has its principal place of business in *(name)* N/A_____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   **Not applicable, I am requesting Injunctive Relief**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment.

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The interruptions that I faced caused me to not complete my exam. This resulted in my exam failure and dismissal from medical school. A dismissal on my academic record makes it extremely difficult to move forward. I am requesting that an evidence-based report be proving that there were no interruptions during my exam. If this cannot be provided, I am requesting that Prometric report the disruptive events that occurred during my exam. Monetary funds cannot resolve the disciplinary actions that have been placed on my academic record.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 7, 2022.

Signature of Plaintiff         *Jana James*   *Jana James*
Printed Name of Plaintiff   Jana James

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney   N/A
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

Jana James

Maryland Federal Court: Pro Se Filing

ADA and Civil Rights Complaint against the National Board of Osteopathic Examiners

9/7/2022

Dear Officer of the Court,

I am filing a Discrimination Complaint against Prometric LLC.

I took my COMLEX I medical board exam on 12/1/2020 at a Prometric Center in Charleston, SC. After the second section of my 8-hour exam, I noticed that there was a delay each time a new question loaded, and this delay increased as I progressed through my exam. When moving to new questions, my timer skipped 3-5 seconds after each question finished loading. I reported my experience to a proctor in the break room. She recommended that I report the issue to the proctor at the check-in desk. No proctors were present at the check-in desk to let me into my exam at that time, and my break time ended. My exam time resumed and after waiting for a few minutes for the proctor to return, I entered my exam. After resuming my exam and completing several questions, one of the proctors returned and forced me to leave my exam with my timer still running to complete the check in process. My timer skipped more drastically during the final section. I ran out of time on my exam, and this resulted in my exam failure. I promptly reported the interruptions to the Test Administrator, the NBOME. According to information that they received from Prometric, the NBOME denied that these interruptions occurred, and they further denied that I reported a problem to the proctors. In light of Prometric's report, the NBOME stated that my previous scores will not be removed. I appealed to Prometric's Vice President, Allison Mulford. On 12/1/2021 she responded by denying that any of my reported interruptions occurred, with the exception of the missing proctor.

On a previous COMLEX I attempt on 9/9/2020 at a Prometric center in Savannah, Ga, my approved break time accommodations were missing from my exam. I informed my proctor, and later the NBOME. The proctor had no idea why she was not able to allow me to break, and she did not know how to fix it. Not only was I not granted additional break time during my exam on 9/9/2020, I also lost a substantial amount of exam time trying to resolve this issue while my timer was running. The NBOME approved me for accommodations for a separate testing room, and the room that I was assigned was positioned directly near the front desk check-in and the lobby that was the waiting area. The breakroom lockers were directly outside of my testing room. I faced constant interruptions when each test-taker came outside for their break. I heard constant slamming of lockers, and I heard the conversation and laughter of individuals in the lobby, even with my headphones on. I was granted separate testing room accommodations due to a medical recommendation for a separate room for the purpose of having a noise free and distraction free environment. Ms. Mulford also denied that these disruptions occurred, despite the fact that they were recorded and easily verifiable. She insisted that the additional time was present and that I chose not to use it.

My medical school used my exam failures as reason for my dismissal, despite the fact that I passed on my third attempt after facing no further interruptions. I paid $1320 for my first two exam registrations, and I invested years and $650,000 into my medical education.

On 6/22/2022, Prometric wrote a letter to the Maryland Attorney General's office, again denying all of my reported interruptions, with the exception of the missing proctor. Prometric reported a thirty second delay for this particular disruption, and this was highly inaccurate and not representative of the time and focus that I lost due to this event.

I have been diagnosed with a learning disability. In addition to Specific Learning Disorder with severe impairment in reading and reading comprehension, I was also diagnosed with Attention Deficit/Hyperactivity Disorder, Combined Presentation, moderate. Several medical specialists have recommended extended time, extended breaks, a separate testing area and preferential seating on exams. My medical evaluations state that I require accommodations in order to access the content of my exams. However, during my previous testing experiences, I was faced with interruptions that were beyond my control and which compromised my ability to concentrate on taking my exams. My complaints were dismissed by Prometric during and following my exams.

Therefore, I would like to bring this matter to court, and I am requesting representation if possible. I am requesting a review of Prometric's evidence regarding the events that occurred during my exam. I am seeking injunctive relief to remove the previous scores from my testing records. This requires transparent presentation of evidence to myself, to the Court and to the NBOME that no interruptions occurred. If they cannot provide this evidence, I would like for them to acknowledge and report their lack of conclusiveness as to whether the interruptions occurred.


Sincerely,

Jana James