IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANA JAMES, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-22-2293 |
| PROMETRIC LLC, | * | |
| Defendant. | * | |
| | * | |

***

## ORDER

In response to the above-captioned Complaint filed by self-represented Plaintiff Jana James (ECF No. 1), on December 9, 2022, Defendant Prometric LLC filed a Motion to Dismiss asserting that James' allegations are unsupported and fall outside the federal statutes under which she seeks relief. (ECF No. 17). That same day, James was notified by this Court of her right to file an Opposition in response to the Motion and she was forewarned that her Complaint could be dismissed if she failed to oppose the Motion. (ECF No. 19). James' Opposition was due on or before January 6, 2023. (Id.). To date, the Court has not received an Opposition from James. Because the Court finds that Defendant's unopposed Motion is meritorious and well-founded, Prometric's Motion to Dismiss shall be granted.

Accordingly, it is this 23rd day of January, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Prometric's Motion to Dismiss (ECF No. 17) is GRANTED;

IT IS FURTHER ORDERED that the Complaint (ECF No. 1) is DISMISSED;

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to counsel and to James at her address of record; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

_____/s/_____
George L. Russell, III
United States District Judge